JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TITAN 3PL, LLC a Texas limited liability company doing business as TITAN SERVICES,<br><br>   Plaintiff,<br>v.<br><br>A.P. EXPRESS, LLC, a California limited liability company; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:24-CV-08988 DDP (SSCx)<br><br>ORDER ON STIPULATION RE DISMISSAL WITH PREJUDICE |

  Based upon the stipulation by and between the parties hereto, plaintiff Titan 3PL, LLC doing business as Titan Services and defendant A.P. Express, LLC, by and through their respective counsel of record, and the facts that a settlement agreement has been reached between the parties for full resolution of this action and that the terms of the settlement agreement have been satisfied:

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY ORDERED that the entire case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: May 7, 2025

_____
Dean D. Pregerson
United States District Judge

2